666 A.2d 159

IN THE MATTER OF THE DISCIPLINARY HEARING OF CURTIS BYNES, PISCATAWAY TOWNSHIP POLICE OFFICER.

Argued September 11, 1995—Decided October 25, 1995.

*Jacob Wysoker* argued the cause for appellant Curtis Bynes (*Wysoker, Glassner & Weingartner,* attorneys).

*Howard Gran* argued the cause for respondent Township of Piscataway Police Department (*Abrams, Blatz, Gran, Hendricks & Reina,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the *per curiam* majority opinion of the Appellate Division, reported at 284 *N.J.Super.* 489, 665 A.2d 1112 (1994).

*For affirmance*—Chief Justice WILENTZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*—None.